## Commonwealth *v.* Rudolph, Appellant.

742

Submitted March 19, 1973. *Theodore S. Danforth,* Public Defender, for appellant; *Ronald L. Buckwalter,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.